**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Tristian Cummings, Appellant.

Appellate Case No. 2019-000665

———————

Appeal From Greenville County
Michael G. Nettles, Circuit Court Judge

———————

Unpublished Opinion No. 2021-UP-266
Submitted June 1, 2021 – Filed July 14, 2021

———————

**APPEAL DISMISSED**

———————

Appellate Defender Kathrine Haggard Hudgins, of Columbia, and Tristian Cummings, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.